**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:22-cv-22072-RKA

JUAN CARLOS GIL,

      Plaintiff,

v.

PARKWAY ENTERPRISES, INC.
D/B/A KENDALL EXXON,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JUAN CARLOS GIL, and Defendant, PARKWAY ENTERPRISES, INC. D/B/A KENDALL EXXON, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this August 24, 2022.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

/s/ *Marc A. Rapaport*
MARC A. RAPAPORT, ESQ.
Florida Bar No. 1008359
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone: (305) 350-5338
Email:  edward.polk@csklegal.com;
marc.rapaport@csklegal.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 24, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
　　ANTHONY J. PEREZ

2