**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:22-cv-22072-RKA

JUAN CARLOS GIL,

       Plaintiff,

v.

PARKWAY ENTERPRISES, INC.
D/B/A KENDALL EXXON,

       Defendants.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, JUAN CARLOS GIL, ("Plaintiff"), and Defendant, PARKWAY ENTERPRISES, INC. D/B/A KENDALL EXXON ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on September 2, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Marc A. Rapaport* |
| ANTHONY J. PEREZ | MARC A. RAPAPORT, ESQ. |
| Florida Bar No. 535451 | Florida Bar No. 1008359 |
| GARCIA-MENOCAL & PEREZ, P.L. | COLE, SCOTT & KISSANE, P.A. |
| 4937 S.W. 74th Court | 9150 South Dadeland Boulevard, Suite 1400 |
| Miami, FL 33155 | P.O. Box 569015 |
| Telephone: (305) 553- 3464 | Miami, Florida 33256 |
| Email:  ajperez@lawgmp.com | Telephone: (305) 350-5338 |
| *Counsel for Plaintiffs* | Email:  edward.polk@csklegal.com; |
| | marc.rapaport@csklegal.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on September 2, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  dperaza@lawgmp.com;
dramos@lawgmp.com

By: ____*/s/  Anthony J. Perez*_____
ANTHONY J. PEREZ
Florida Bar No.: 535451

2