**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-22072-ALTMAN/Reid**

**JUAN CARLOS GIL**,

*Plaintiff,*

*v.*

**PARKWAY ENTERPRISES, INC.**
**D/B/A KENDALL EXXON,**

*Defendant.*

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Stipulation of Dismissal with Prejudice [ECF No. 11] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 6th day of September 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record